```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 08-46786 WJL |
|---|---|
| **LLOYD LUZERN GUERNSEY and CHONA SAMAN GUERNSEY,** | Chapter 13 |
| Debtors. _____/ | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors intend to obtain a court order by motion, in the above captioned case, voiding the second deed of trust of Sterlent Credit Union and discharging it as an unsecured claim upon completion of the plan.

Debtors do not elect to have the property of the estate described below revest in the Debtors upon confirmation of the plan. This plan modification pertains solely to the real property located at 894 Weibel Circle, Oakley, CA 94561 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

The modification is sought on the following grounds:
To clarify the method by which Debtors intend to avoid the second lien and to make the plan feasible.

Dated: February 12, 2013           /s/ Patrick L. Forte
                                   PATRICK L. FORTE
                                   Attorney for Debtors