

1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

**The following constitutes the order of the court.**
**Signed March 21, 2013**

5  Attorneys for Debtors

William J. Lafferty, III
U.S. Bankruptcy Judge

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  **In re:**                        **Case No. 08-46786 WJL**

11  **LLOYD LUZERN GUERNSEY and**      **Chapter 13**
    **CHONA SAMAN GUERNSEY,**
12                                     **ORDER MODIFYING CHAPTER 13 PLAN**
                   **Debtors.**
13  _____/

14       The above named debtors having served an Amended Motion to Modify

15  Chapter 13 Plan on February 14, 2013, and any opposition, if received,

16  having been resolved and good cause appearing therefor;

17       **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

18       The real property located at 894 Weibel Circle, Oakley, CA 94561

19  will revest in the Chapter 13 Trustee effective upon entry of this

20  Order granting the amended motion. Pursuant to this  modification, the

21  Chapter 13 Trustee shall have no responsibility or obligation

22  whatsoever with respect to said real property including, but not

23  limited to the mortgage payments, property taxes, insurance,

24  homeowner's association dues, or tax filing

25  requirements.

26       Debtors intend obtain a court order by motion, voiding the second

deed of trust of Sterling Credit Union and discharging it as an

unsecured claim upon completion of the plan.

**END OF ORDER**

**COURT SERVICE LIST**

**Attn: Officer or Managing Agent**
**Wells Fargo Bank, NA**
**101 N. Phillips Avenue**
**Sioux Falls, SD 57104**

**Attn: Officer or Managing Agent**
**Patelco Credit Union**
**as successor to Sterlent Credit Union**
**5050 Hopyard Road**
**Pleasanton, CA 94588**