

**Entered on Docket**
**April 17, 2014**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes the order of the court.**
**Signed April 17, 2014**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**LLOYD LUZERN GUERNSEY and CHONA SAMAN GUERNSEY,**<br><br>**Debtors.**<br>____________________________/ | **Case No. 08-46786 WJL**<br><br>**Chapter 13**<br><br>**ORDER PRECLUDING CREDITOR WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB AND ITS SUCCESSORS IN INTEREST FROM PRESENTING OMITTED INFORMATION, DEEMING DEBTORS CURRENT ON ALL PRE-PETITION DEFAULT AND POST-PETITION AMOUNTS DUE TO CREDITOR, AND AWARD OF ATTORNEY'S FEES**<br><br>**DATE: April 10, 2014**<br>**TIME: 1:30 PM**<br>**CTRM: 220**<br>**1300 CLAY ST., 2ND FLOOR, OAKLAND,CA** |

The above-captioned matter came on for hearing on April 10, 2014, at 1:30pm, in Courtroom 220, upon the Motion of Llyod and Chona Guernsey (hereinafter Debtors), to preclude Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A.,

and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB and its successors in interest ("First Mortgage Creditor") from presenting any omitted information and deem such information waived as related to its loan, as evidenced by its proof of claim filed in the instant case which was designated as court claim #10, for the property located at 894 Weibel Circle, Oakley, CA 94561 (hereinafter Property) and deem debtors current, as well as request for attorney's fees incurred in bringing this motion due to the failure of First Mortgage Creditor to timely respond to the Chapter 13 Trustee's Notice of Final Cure Payment as required by Federal Rule of Bankruptcy Procedure 3002.1(g) and to any extent, failure to comply with 3002.1(c). Anne Shiau from the Law Offices of Patrick L. Forte appeared on behalf of the debtors.  No appearance was made by First Mortgage Creditor.

**IT IS HEREBY ORDERED THAT:**

(1)  First Mortgage Creditor is precluded from presenting any omitted information, in any form, as evidence in any contested matter or adversary proceeding, and such information is deemed waived, regarding the cure of pre-petition mortgage default as related to its loan on the Property, as evidenced by its proof of claim filed in the instant case which was designated as court claim #10.

(2)  First Mortgage Creditor is precluded from presenting in any form, as evidence in any contested matter or adversary proceeding, and such information is deemed waived, any omitted information regarding any post-petition mortgage default as related to its loan on the

Property, as evidenced by its proof of claim filed in the instant case which was designated as court claim #10, from Debtors' Chapter 13 filing date of November 19, 2008 until the date of entry of this Order.

(3) First Mortgage Creditor is precluded from presenting in any form, as evidence in any contested matter or adversary proceeding, and such information is deemed waived, any omitted information regarding any post-petition fees, expenses, and charges for which First Mortgage Creditor failed to file the appropriate Notice of Fees, Expenses, and Charges required by 3002.1(c).

(4) Any attempt to present in any form, as evidence in any contested matter or adversary proceeding, any omitted and now waived information regarding any pre-petition default or post-petition default alleged to have been incurred from November 19, 2008 until the date of entry of this Order shall be deemed contempt of the orders of this Court.

(5) Debtors are deemed current on all pre-petition default and post-petition amounts incurred from November 19, 2008 until the date of entry of this Order due to First Mortgage Creditor, as related to its loan, as evidenced by its proof of claim filed in the instant case which was designated as court claim #10.

(6) Any attempt to collect any amounts for the Debtors' pre-petition default or post-petition default alleged to have been incurred from November 19, 2008 until the date of entry of this Order shall be deemed a willful violation of the discharge injunction and contempt of the orders of this Court.

(7)     Pursuant to Rule 3002.1(i), The Law Offices of Patrick L. Forte is awarded attorney's fees in the amount of $2,293.96 which will be the sole responsibility of First Mortgage Creditor to pay and which may not be, in any way, added to Debtors' loan as this fee was incurred in bringing this motion due to the failure of First Mortgage Creditor to timely respond to the Chapter 13 Trustee's Notice of Final Cure Payment as required by Federal Rule of Bankruptcy Procedure 3002.1(g) and to any extent, 3002.1(c).

*** END OF ORDER ***

COURT SERVICE LIST

Attn: Officer
Wells Fargo Bank, NA
101 N Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833

Attn: Nicki Johnson
Attn: Bankruptcy Department
Wachovia Mortgage
P.O. Box 659558
San Antonio, TX 78265-9558

Attn: Bankruptcy - TX1643
Wachovia Mortgage
4101 Wiseman Blvd.
San Antonio, TX 78251-4201

Attn: Joseph C. Delmotte
Wells Fargo Bank, NA also known as Wachovia Mortgage, a Division of Wells Fargo Bank, NA and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB
C/o Pite Duncan LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933